## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

Robert Gates, et al.,

                              Plaintiff(s),

vs.                                        Case No.: 23-cv-352-CVE-SH

Samantha Ramsey, et al.,

                              Defendant(s).

## AMENDED SCHEDULING ORDER

| # | Date | Event |
|---|---|---|
| 1. | N/A | INITIAL DISCLOSURE Under Federal Rule Civil Procedure 26(a)(1) (Not Filed of Record) |
| 2. | N/A | MOTIONS FOR JOINDER OF ADDITIONAL PARTIES &/OR AMENDMENT TO COMPLAINT (Filed of Record) |
| 3. | **1/13/2025** | DISCOVERY CUTOFF - Interrogatories and Rule 34 Requests Must Be Made 30 Days in Advance of This Date |
| 4. | 2/13/2025 | DISPOSITIVE MOTIONS CUTOFF - Responses and Replies Per Local Rule (Filed of Record) |
| **5.** | **N/A** | **SUMMARY JUDGMENT HEARING** |
| 6. | 1/21/2025 | EXCHANGE OF PRELIMINARY WITNESS LISTS AND PROPOSED EXHIBITS (Not Filed of Record) |
| 7. | 11/25/2024 | PLAINTIFF'S EXPERT IDENTIFICATION AND REPORTS Under Federal Rule Civil Procedure 26(a)(2) (Not Filed of Record) |
| 8. | 12/9/2024 | DEFENDANT'S EXPERT IDENTIFICATION AND REPORTS Under Federal Rule Civil Procedure 26(a)(2) (Not Filed of Record) |
| **9.** | **X** | **SETTLEMENT CONFERENCE - Remains as scheduled on 10/8/2024.** |
| 10. | 3/31/2025 | MOTIONS IN LIMINE CUTOFF - Responses and Replies Per Local Rule (Attorney Meeting to Resolve Evidentiary Issues Required Before Filing) |
| 11a. | 2/24/2025 | DEPOSITION/VIDEOTAPED/INTERROGATORY DESIGNATIONS (Pleading Filed with Deponent Name, Page, and Line Designations) * |
| 11b. | 3/10/2025 | COUNTER-DESIGNATIONS (Pleading Filed with Deponent Name, Page, and Line Designations) * |
| 11c. | 3/17/2025 | EXCHANGE OF PRE-MARKED EXHIBITS (Not Filed of Record) |
| 11d. | 3/24/2025 | OBJECTIONS TO DESIGNATIONS (Attorney Meeting to Resolve Objections Required Before Pleading Without Transcript Filed) * |
| 11e. | 3/24/2025 | TRANSCRIPTS ANNOTATED WITH OBJECTIONS (Submit in Hard Copy to Court) * |
| 12. | 5/12/2025 | PRETRIAL DISCLOSURE Under Federal Rule Civil Procedure 26(a)(3) (Filed of Record) |
| 13. | 6/16/2025 | AGREED PROPOSED PRETRIAL ORDER - Include Agreed Joint Statement of the Case and Final Witness and Exhibit Lists in the Agreed PTO (Submit Through CM/ECF Proposed Order Intake Box) |
| 14. | 6/16/2025 | FINAL WITNESS AND EXHIBIT LIST (Filed of Record) |
| **15.** | **6/24/2025** | **PRETRIAL CONFERENCE at 9:30 a.m.** |
| 16. | 6/30/2025 | REQUESTED JURY INSTRUCTIONS and VOIR DIRE (Filed of Record) |
| 17. | N/A | PROPOSED FINDINGS OF FACTS AND CONCLUSIONS OF LAW (Filed of Record) |
| 18. | Any Time | TRIAL BRIEFS (Filed of Record) |
| 19. | 6/30/2025 | EXCHANGE OF DEMONSTRATIVE EXHIBITS |
| **20.** | **7/7/2025** | **TRIAL DATE: [x] JURY at 9:15 a.m.** |
| 21. | 5-7 Days | ESTIMATED TRIAL TIME |
| 22a. | | STIPULATIONS/ADDITIONALLY ORDERED: |
| 22b. | | **IF PARTIES DESIRE TO CONTINUE THE SETTLEMENT CONFERENCE, A SEPARATE MOTION MUST BE FILED.** |

IT IS ORDERED that no date set by this Order can be changed except for good cause and upon written Order of this Court prior to the date scheduled.

This Order is entered this 12th day of September, 2024.

_____
Claire V. Eagan, U.S. District Judge

* See www.oknd.uscourts.gov under Judge Eagan for clarification regarding 11a, b, d, and e.    Scheduling Order CV-08 CVE 10.2018)