IN THE UNITED STATES DISTRICT COURT FOR
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) ROBERT GATES,<br>(2) RITA GATES, and<br>(3) JULIO MELENDEZ,<br><br>      Plaintiffs,<br><br>vs.<br><br>(1) CITY OF TULSA, OKLAHOMA,<br>(2) SAMANTHA RAMSEY,<br>(3) DON HOLLOWAY,<br>(4) M. SWEGER,<br>(5) THOMAS SHOCKLEY,<br>(6) K. SIRES,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 23-CV-352-CVE-SH<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT MOTION TO RESCHEDULE SETTLEMENT CONFERENCE**

**COME NOW**, the Plaintiffs and Defendants ("the Parties"), by and through their attorneys of record, and respectfully request an Order striking the Settlement Conference scheduled for October 8, 2024 (Dkt. # 22) and resetting the Settlement Conference for a date after the current dispositive motion cutoff, currently February 13, 2025 (Dkt. # 25). In support of this Motion, the Parties show the Court as follows:

    1. Per the Settlement Conference Order, any motion seeking to reschedule a Settlement Conference "shall contain a statement setting forth good cause for a continuance and a recitation of whether or not the continuance is opposed by any other party." Dkt. # 22, at 4. This being a Joint Motion, no party objects to the relief sought herein.

    2.    On September 12, 2024, this Court entered a Minute Order granting the Parties' Joint Motion to Extend All Scheduling Order Deadlines. Dkt. # 24. However, the Settlement Conference remained set for October 8, 2024. Dkt. # 25.

1

3. The current discovery cutoff in this case is January 13, 2025, and the dispositive motion cutoff is February 13, 2025. Id.

4. The parties are currently engaged in discovery. However, due to the sudden death of Rita Gates, Plaintiffs have needed additional time to substitute the estate as a party through probate in order to respond to and proceed with discovery.

5. With four (4) months of discovery remaining, and with dispositive motions anticipated, counsel for the Parties believe the October 8 Settlement Conference would be unproductive and a waste of time and judicial resources at the present moment.

6. This request is not made for the purpose of delay, but rather to allow the parties adequate time to complete all discovery and bring this case to a posture more fruitful for settlement discussions.

7. The granting of this request would have no impact on the scheduled trial (July 7, 2025) or other deadlines.

8. A proposed Order has been submitted along with this Motion.

WHEREFORE, for good cause shown, the Parties respectfully request that this Court continue the Settlement Conference currently set for October 8, 2024, to a date after the current dispositive motion deadline of February 13, 2025.

        Respectfully submitted,

        CITY OF TULSA, OKLAHOMA
        a municipal corporation

        JACK C. BLAIR,
        City Attorney

By:   /s/Nicholas C. Williams
       Nicholas C. Williams, OBA #33787
       Assistant City Attorney

3

        R. Lawson Vaughn, OBA #21557
        Senior Assistant City Attorney
        City Hall @ One Technology Center
        175 E. Second Street, Suite 685
        Tulsa, Oklahoma 74103
        Telephone (918) 596-7717
        Facsimile (918) 596-9700

## **CERTIFICATE OF SERVICE**

I, Nicholas C. Williams, hereby certify that on the 20th day of September 2024, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Daniel E. Smolen
Robert M. Blakemore
Bryon D. Helm
danielsmolen@ssrok.com
bobblakemore@ssrok.com
bryonhelm@ssrok.com

        /s/Nicholas C. Williams
        Nicholas C. Williams