## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **Robert Gates, et al,**<br><br>                                    **Plaintiff(s),**<br>**vs.**<br><br>**City of Tulsa, Oklahoma, et al,**<br><br>                                    **Defendant(s).** | **Case No.: 23-cv-00352-CVE-SH** |

### ORDER RESCHEDULING SETTLEMENT CONFERENCE

Before the Court is the Joint Motion to Reschedule Settlement Conference (Dkt. # 26) in which the Parties seek a continuance of the Settlement Conference presently set on October 8, 2024, before Magistrate Judge Mark T. Steele. For good cause shown, the Court finds that the Motion should be and is hereby **GRANTED.**

**IT IS THEREFORE ORDERED AS FOLLOWS:**

Plaintiff's Settlement Conference Statement due by February 4, 2025;

Defendant's Settlement Conference Statement due by February 11, 2025;

Settlement Conference Rescheduled for **February 18, 2025 at 9:30 a.m.**

**IT IS FURTHER ORDERED THAT** all mandatory guidelines set forth in the Court's original Settlement Conference Order shall remain in effect.

**ORDERED** this 20th day of September, 2024.

_____
Mark T. Steele, U.S. Magistrate Judge