## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) ROBERT GATES,<br>(2) RITA GATES, and<br>(3) JULIO MELENDEZ,<br><br>     Plaintiffs,<br>v.<br><br>(1) CITY OF TULSA, OKLAHOMA,<br>(2) SAMANTHA RAMSEY,<br>(3) DON HOLLOWAY,<br>(4) M. SWEGER,<br>(5) THOMAS SHOCKLEY,<br>(6) K. SIRES,<br><br>     Defendants. | Case No.: 23-cv-00352-CVE-SH<br><br>ATTORNEY LIEN CLAIMED<br>JURY TRIAL DEMANDED |

## **STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, **IT IS HEREBY STIPULATED BY AND BETWEEN** Plaintiffs Robert Gates, Rita Gates and Julio Melendez (collectively, "Plaintiffs"), and Defendants City of Tulsa, Oklahoma, Samantha Ramsey, Don Holloway, M. Sweger, Thomas Shockley, and K. Sires (collectively, "Defendants"), as follows:

Plaintiffs' claims against Defendants are dismissed <u>without</u> prejudice to refiling.

Plaintiffs and Defendants shall bear their own fees and costs.

Respectfully submitted,

*/s/Daniel E. Smolen*
Daniel E. Smolen, OBA #19943
Smolen & Roytman, PLLC
701 S. Cincinnati Ave.
Tulsa, Oklahoma 74119
P: (918) 585-2667
F: (918) 585-2669
danielsmolen@ssrok.com

*Attorney for Plaintiffs*

And

*/s/ Nicholas Williams  (signed with permission)*
Nicholas C. Williams, OBA #33787
Assistant City Attorney
R. Lawson Vaughn, OBA #21557
Senior Assistant City Attorney
City Hall @ One Technology Center
175 E. Second Street, Suite 685 Tulsa, OK 74103
Telephone (918) 596-7717
Facsimile (918) 596-9700
nicholaswilliams@cityoftulsa.org
lvaughn@cityoftulsa.org

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on November 25, 2024, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and the transmittal of a Notice of Electronic Filing to all counsel who have entered an appearance in this action.

*/s/Daniel E. Smolen*
Daniel E. Smolen